# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KEVIN WHEAT,<br><br>                        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                        Defendant. | Case No.: 17cv2496-MMA (RNB)<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>[Doc. No. 20] |

      On December 12, 2017, Plaintiff Scott Kevin Wheat filed this social security appeal challenging the denial of his application for disability insurance benefits. Doc. No. 1. The Court referred all matters arising in this appeal to the assigned magistrate judge for report and recommendation pursuant to section 636(b)(1)(B) of title 28 of the United States Code and Civil Local Rule 72.1. 28 U.S.C. §636(b)(1)(B); S.D. Cal. Civ. L.R. 72.1. On August 14, 2018, the magistrate judge issued a Report recommending that the Court grant Plaintiff's motion for summary judgment, deny Defendant's cross-motion for summary judgment, and remand the matter to the Social Security Administration for further consideration. Doc. No. 17. The Court adopted the Report and Recommendation in its entirety and remanded this matter to the Social Security Administration for further

proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 19. The parties now stipulate to an award to Plaintiff of attorney's fees and expenses in the amount of $4,300.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Doc. No. 20 at 1.

The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment. 28 U.S.C. § 2412(d). "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. § 2412(d), upon expiration of the time for appeal." *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002). If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from. *See* Fed. R. App. 4(a)(1)(B). "A plaintiff who obtains a sentence four remand is considered a prevailing party for purposes of attorneys' fees." *Akopyan*, 296 F.3d at 854. Therefore, Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Accordingly, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees and expenses in the total amount of **$4,300.00**. Fees will be made payable to Scott Kevin Wheat, but if the Department of the Treasury determines that Scott Kevin Wheat does not owe a federal debt, then the government will cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Scott Kevin Wheat. Any payments will be delivered to Monica Perales.

**IT IS SO ORDERED**.

Dated: December 12, 2018

Hon. Michael M. Anello
United States District Judge